IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MICHAEL ROMRELL and CARI ROMRELL,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE NORTHWESTERN INSURANCE COMPANY and JOHN DOES 1-5,<br><br>Defendants. | Cause No. CV 20-89-H-CCL<br><br>ORDER TRANSFERRING VENUE |

IT IS HEREBY ORDERED that this matter is transferred to the Butte Division of this Court for all further proceedings. The clerk of court is directed re-assign the case in accordance with Standing Order BMM-4 and assign a new Butte Division case number.

DATED this 17th day of December, 2020.

*/s/ Brian Morris*

Brian Morris
Chief District Court Judge

[Type here]