IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MICHAEL ROMRELL and CARI ROMRELL,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE NORTHWESTERN INSURANCE COMPANY and JOHN DOES 1-5,<br><br>Defendants. | Cause No.: CV-20-65-BU-BMM<br><br>ORDER |

Before the Court is Progressive Northwestern Insurance Company's ("Progressive's"), Unopposed Motion for Extension of Time. (Doc.75). Accordingly, for good cause shown, and there being no objection by Plaintiffs, IT IS HEREBY ORDERED that Progressive shall up to and including Monday, September 20, 2021, in which to file its Brief in Opposition to Plaintiffs' Motion for Sanctions Regarding Progressive's Undisclosed Guidance Document.

DATED this 9th day of September, 2021.

_____
Brian Morris, Chief District Judge
United States District Court